```
         UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF KENTUCKY
              LOUISVILLE DIVISION
       Master File No. 3:09-MD-2016-JBC
                 MDL No. 2016


          MDL Civ. No. 3:09-CV-203
        Transfer Civ. No. 5:08-cv-1351

IN RE:  YAMAHA MOTOR CORP.
RHINO ATV PRODUCTS
LIABILITY LITIGATION
               *   *   *   *   *   *
THIS DOCUMENT RELATES TO:   ANTHONY CHAMBLEE


     VIDEO DEPOSITION OF ANTHONY CHAMBLEE,
TAKEN AT SAM'S TOWN, 315 CLYDE FANT PARKWAY,
SHREVEPORT, LOUISIANA, ON TUESDAY, SEPTEMBER
29TH, 2009


APPEARANCES:
     DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
       WEINSTOCK
     BY:  JOSEPH G. GLASS, ESQUIRE
     3838 N. CAUSEWAY BOULEVARD, SUITE 2900
     METAIRIE, LOUISIANA 70002

          COUNSEL FOR YAMAHA MOTOR CORPORATION,
          U.S.A. AND YAMAHA MOTOR MANUFACTURING
          CORPORATION OF AMERICA
```

1  don't find the rest of this stuff.  I want
2  to know every charge that you've ever been
3  convicted for.
4       A    I don't remember every charge.
5       Q    Okay.  Well, tell me what you
6  remember then.
7       A    Second-degree battery, simple
8  burglary, theft, possession of stolen goods,
9  forgery, criminal trespassing.
10      Q    I'm sorry, you said second-degree
11 battery, theft, possession of stolen goods,
12 forgery, criminal trespassing -- I missed
13 one.
14      A    That's about all I can remember.
15      MR. GLASS:
16           Okay.  Could you read back the
17 response?
18      COURT REPORTER:
19           Second-degree battery, simple
20 burglary, theft, possession of stolen goods,
21 forgery, criminal trespassing.
22 BY MR. GLASS:
23      Q    Any other convictions that you
24 recall?
25      A    No, sir.

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1        A    Along those lines.
 2        Q    Would you characterize your riding
 3   style as a risk taker?
 4        A    At times, but not anymore.
 5        Q    Again, I'm just talking about
 6   January 1st, 2007.  So we'll talk about
 7   before this accident.  So your response was,
 8   yes, that you would characterize your riding
 9   as risk taking at times?
10        A    At times.
11        Q    Was there anything told to you by
12   the dealer that persuaded you to purchase
13   the Honda motorcycle when you purchased
14   that?
15        A    Repeat that.
16        Q    Sure.  Was there anything told to
17   you by the dealer that persuaded you to
18   purchase the 1998 Honda motorcycle versus
19   some other type of motorcycle?
20        A    No, sir.
21        Q    What happened to the '98
22   motorcycle?
23        A    Sold it.
24        Q    When did you sell it?
25        A    2008.
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1        Q    Because in fact you told me that
 2   you had talked to some people about it at
 3   the Mudfest, correct?
 4        A    Yes.
 5        Q    Do you agree that it's possible to
 6   roll over any type of vehicle?
 7        A    Yes.
 8        Q    Under the right circumstances?
 9        A    Yes.
10        Q    Or I guess I should say under the
11   wrong circumstances?
12        A    Whichever.
13        Q    If a person operates an off-road
14   vehicle too fast, is there a risk of
15   overturning it?
16        A    Absolutely.
17        Q    If a person operates an off-road
18   vehicle and makes it turn too sharply, is
19   there a risk of overturning it?
20        A    I'm sure there is.
21        Q    If a person operates an off-road
22   vehicle on uneven terrain, is there a risk
23   of overturning that vehicle?
24        A    Yes.
25        Q    Did any of the Rhinos that you
```

```
 1        A    Yes.
 2        Q    Under Be Qualified and
 3   Responsible, the third bullet point says,
 4   "Do not drive or ride as a passenger after
 5   using drugs or alcohol."
 6             Did you use drugs or alcohol on
 7   the date of the accident?
 8        A    I drank -- I drank alcohol.
 9        Q    How much alcohol did you drink
10   before operating the vehicle?
11        A    Maybe three -- three, maybe four
12   beers.
13        Q    Did you take any drugs?
14        A    No.
15        Q    When was the last time you had
16   drugs before the date of the accident?
17        A    This happened on September 17th
18   about 2:30 maybe.  Not the day, the day
19   before.
20        Q    What drugs did you take the day
21   before?
22        A    Marijuana, cocaine and
23   barbiturates, opiates.  I think opiates.
24   It's pills.
25        Q    Why do you think that you took
```

```
 1   drugs the day before but not the date of the
 2   accident?
 3        A    Why do I think?
 4        Q    Yeah.  You seem to have this clear
 5   recollection of that.  What is standing out
 6   in your mind that you know that?
 7        A    Because I know what I did the day
 8   before the accident.
 9        Q    What day did this accident happen
10   on?
11        A    September 17.
12        Q    Do you remember what day of the
13   week?
14        A    No.
15        Q    If I told you it's a Monday, do
16   you have a recollection of taking drugs on
17   Sunday?
18        A    Yes.
19        Q    On what -- at what point in time
20   on Sunday did you take drugs?
21        A    It was from Saturday night up
22   until Sunday morning.
23        Q    There was some kind of party going
24   on or something that you were at?
25        A    Yes.
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1        Q    Where was the party?
 2        A    Downtown Shreveport.
 3        Q    It was in Shreveport?
 4        A    Yes.
 5        Q    Was it at a club, or was it at
 6   somebody's house?
 7        A    At a club.
 8        Q    And the club was open for two days
 9   straight?
10        A    It was open Saturday night until
11   six o'clock in the morning.
12        Q    And then when it closed at
13   six o'clock in the morning, where did you go
14   Sunday morning at 6:00 a.m.?
15        A    Made my way home.
16        Q    Where was home?
17        A    Keithville.
18        Q    How did you make your way home?
19        A    I drove.
20        Q    So you drove home after you had
21   been out all night drinking and doing drugs?
22        A    Yes.
23        Q    Were you intoxicated at that time?
24        A    Yes.
25        Q    Were you under the influence of
```

```
 1    drugs at that time?
 2         A    Yes.
 3         Q    You made your way home.  Then what
 4    did you do?
 5         A    I smoked a couple of joints and
 6    went to sleep.
 7         Q    What time did you wake up Sunday?
 8         A    About five o'clock that afternoon
 9    for a couple of hours, and then I went back
10    to sleep.
11         Q    When you woke up at 5:00, what did
12    you do?
13         A    Got high.
14         Q    You got high?
15         A    Yes.
16         Q    What kind of drug did you use?
17         A    Marijuana.
18         Q    How much marijuana did you smoke
19    at five o'clock?
20         A    Just a joint.
21         Q    Did you have anything to eat?
22         A    I may have drank something, ate
23    some chips or something.  I don't recall.
24         Q    Was anybody at the house with you
25    at that time?
```

```
 1      A    Christine, I think, was there
 2 earlier.  She may have been gone when I woke
 3 up.
 4      Q    Did her kids live in the house as
 5 well?
 6      A    Yes.  But I didn't do drugs in the
 7 house.  I always went outside.
 8      Q    So you got up, smoked another
 9 joint, maybe had a little bit to eat, and
10 then you went back to sleep?
11      A    Yes.
12      Q    And when did you get back up?
13      A    About 10:30 the next morning.
14      Q    So this is Monday morning?
15      A    Yes.
16      Q    When you got up at 10:30 Monday
17 morning, September 17, 2007, what did you
18 do?
19      A    Called Elizabeth.
20      Q    Did you get anything to eat?
21      A    Yes.
22      Q    What did you eat?
23      A    I don't remember.
24      Q    Okay.  So it's 10:30 in the
25 morning.  You called Elizabeth.  You knew
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1    Elizabeth from working at Harley's Pub?
 2       A    Yes.
 3       Q    What was the purpose for calling
 4  her?
 5       A    To see what she was doing.
 6       Q    What did she say?
 7       A    Nothing, sitting at home.
 8       Q    She was sitting at home.  Where
 9  did she live?
10       A    East Texas.
11       Q    So what arrangements were made?
12       A    She asked me what I was doing, and
13  I told her, nothing, just getting up and was
14  thinking about coming over.  She said that
15  would be fine, so I went over there.
16       Q    You went over to east Texas?
17       A    Uh-huh.
18       Q    That's a yes?
19       A    Yes.
20       Q    How did you get to east Texas?
21       A    Drove a motorcycle.
22       Q    Your Honda?
23       A    Uh-huh.  Yes, sir.
24       Q    How did you know where she lived?
25       A    Been out there before.
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1          Q    How many times had you been out
 2    there?
 3          A    I don't know, a couple.
 4          Q    Were you dating Elizabeth at that
 5    time?
 6          A    I was seeing her.  I wasn't dating
 7    her.
 8          Q    How many times had you seen her
 9    before the date of the accident?
10          A    Well, I seen her every time I
11    worked, but we had just kind of started
12    talking about a month prior.
13          Q    You said you had been out to her
14    house a couple of times?
15          A    She hadn't been at my house.  I
16    had been to her house.
17          Q    That's what I said.  You had been
18    to her house a couple of times?
19          A    Oh.  Yes.
20          Q    Did she live with anybody?
21          A    Mr. Pat Baird.
22          Q    Is that her dad?
23          A    No, it's not her dad.
24          Q    So it was your understanding that
25    she actually lived in Mr. Baird's house?
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1        A    Yes.
 2        Q    When -- what time did you get out
 3   to Mr. Baird's house?
 4        A    Around noon maybe.
 5        Q    And when you got to Mr. Baird's
 6   house, what did you do at that point?
 7        A    Went in, sat down, chitchatted
 8   with her a little while and drank a beer.
 9        Q    You had a beer in the house?
10        A    Yes.
11        Q    Did you bring beer with you?
12        A    No.
13        Q    Did you take any drugs after you
14   got up at 10:30?
15        A    No.
16        Q    Did you have any marijuana with
17   you?
18        A    No.
19        Q    So you got out to the house; and
20   you're there about noon; and you had a beer
21   while you were in the house.  Did you have
22   more than one beer before you left the
23   house?
24        A    Before I left her house?
25        Q.   Yes.
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

```
 1        A    Yes.
 2        Q    How many beers did you have at the
 3   house?
 4        A    About three or four.
 5        Q    What size beer?
 6        A    Twelve-ounce bottle.  I don't even
 7   remember the name of the beer.  I didn't
 8   drink many of them because I didn't like it.
 9   Like I said, I drank three or four.
10        Q    Did you have any mixed drinks?
11        A    No.
12        Q    Was Elizabeth drinking at this
13   time?
14        A    I think she may have drank a
15   couple.
16        Q    How long were you at the house?
17        A    Up until I had the accident.
18        Q    When --
19        A    A few hours.
20        Q    The accident occurred a couple
21   hours later?
22        A    Yes.
23        Q    Did you have anything to eat at
24   the house?
25        A    No, sir.
```

Case 5:08-cv-01351-DEW-MLH   Document 81-2   Filed 01/13/12   Page 14 of 16 PageID #: 1097
Anthony Chamblee                                                September 22, 2009

328

```
 1    before the accident?
 2         A    I never left.
 3         Q    You never left the house?
 4         A    We left on the Rhino and went
 5    riding.
 6         Q    Did you see the Rhino outside?  I
 7    mean, how did you come to leave the house
 8    and get in the Rhino?
 9         A    Yeah.  We -- I suggested to go for
10    a ride to look at the rest of his property
11    because he's got a beautiful place.
12         Q    Okay.  Who suggested to go for a
13    ride?
14         A    I -- me -- me or Elizabeth.  I'm
15    not -- I don't remember.
16         Q    When you went outside to use the
17    Rhino, who decided to drive?
18         A    I think she drove first for a
19    little while.
20         Q    What parts of the property did she
21    show you?
22         A    I can't be specific.  Just behind
23    the house.
24         Q    What type of terrain were you on?
25         A    Just grass, dirt, trails.
```

```
 1    production site where the accident occurred
 2    on that roadway that's depicted in
 3    Exhibit 6?
 4         A    Yes.
 5         Q    What type of roadway is that?
 6         A    Gravel road.
 7         Q    Was it gravel road at the time of
 8    the accident?
 9         A    Yes, very flat.
10         Q    Did you see any instructions in
11    the owner's manual regarding not operating a
12    Rhino on even gravel road?
13         A    No.
14         Q    All right.  So you're approaching
15    the oil production site.  Did you have to
16    turn to the right to get into the area where
17    the accident occurred?
18         A    Yes.
19         Q    Okay.  Had you been through that
20    area earlier in the day on the Rhino?
21         A    No, sir.
22         Q    Had you ever been through this
23    area before?
24         A    No, sir.
25         Q    Was this terrain where the
```

3e618e65-886d-48f3-83b9-e6bc1e52123f

Case 5:08-cv-01351-DEW-MLH   Document 81-2   Filed 01/13/12   Page 16 of 16 PageID #: 1099
Anthony Chamblee                                                 September 22, 2009

344

```
 1    during the turn?
 2        A    No.
 3        Q    Once you accelerated up to five to
 4    eight miles an hour, you didn't apply any
 5    additional acceleration during the event,
 6    the rollover event?
 7        A    No.
 8        Q    Did you see any obstacles that
 9    were in the way of the Rhino?
10        A    No.
11        Q    Did you look before you made your
12    turn?
13        A    Yes.
14        Q    Is it your testimony that there
15    were no obstacles in the roadway --
16        A    No.
17        Q    -- or in the oil pad?
18        A    No.
19        Q    As it started to tip over,
20    describe for me what was happening at that
21    point.
22        A    I don't know if there's a
23    description to describe it.  All I know is
24    it -- when I turned, it flipped over.  It
25    happened so fast.  It just...
```